IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD ULRICH,** | **CIVIL NO. 1:14-CV-0919** |
| Plaintiff | |
| v. | (Judge Rambo) |
| | (Magistrate Judge Blewitt) |
| **TOM CORBETT,** *Governor of the Commonwealth of Pennsylvania, individually and in his official capacity;* **TOM RIDGE,** *Ex-Governor of the Commonwealth of Pennsylvania, individually and in his official capacity,* | |
| Defendants | |

# O R D E R

AND NOW, this 8th day of July, 2014, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the following recommendations contained in the report of Magistrate Judge Blewitt;

    a) Plaintiff is granted leave to proceed *in forma pauperis* solely for the purpose of filing this action (Docs. 3 & 9);

    b) Plaintiff's motion for appointment of counsel (Doc. 4) is **DENIED**.

2) The motion to intervene by Donnelly and Arias (Doc. 8) is **DENIED** for the reasons set forth in the accompanying memorandum of law.

3) The amended complaint (Doc. 12) is **STRICKEN** for the reasons set forth in the accompanying memorandum of law.

       4) The original complaint is dismissed with prejudice for the reasons set forth in the accompanying memorandum of law.

       5) It is certified that any appeal from this order will be deemed frivolous and not taken in good faith.

       6) The Clerk of Court shall close the file.

                                                         s/Sylvia H. Rambo
                                                       United States District Judge